# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **BOARD OF TRUSTEES OF OHIO LABORERS' FRINGE BENEFIT PROGRAM,** <br><br> Plaintiff, <br><br> v. <br><br> **ELITE OIL & GAS SERVICES, LLC,** <br><br> Defendant. | **Case No. 2:14-cv-1516** <br><br> **Judge Peter C. Economus** <br><br> **MEMORANDUM OPINION AND ORDER** |

Defendant has notified the Court that it has filed for bankruptcy in the United States Bankruptcy Court for the Western District of Louisiana. (ECF No. 8.) Accordingly, this action is **STAYED** pursuant to Section 362(a) of the Bankruptcy Act, 11 U.S.C. § 362(a), pending resolution of the bankruptcy.

_____
UNITED STATES DISTRICT JUDGE